THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Otis Lee
 Culbreath, Appellant.
 
 
 

Appeal from Greenwood County
 Alison Renee Lee, Circuit Court Judge

Unpublished Opinion No.  2008-UP-514
 Submitted September 2, 2008  Filed
September 8, 2008  

AFFIRMED

 
 
 
 Chief Attorney Joseph L. Savitz, III, South Carolina Commission on
 Indigent Defense, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, Senior
 Assistant Attorney General Harold M. Coombs, Jr., all of Columbia, and
 Solicitor Jerry W. Peace of Greenwood, for Respondent.
 
 
 

PER CURIAM: Otis Lee Culbreath appeals his conviction for three
 counts of kidnapping.  He argues the trial court erred in denying his motion to
 quash the indictment on the ground that
 it resulted from hearsay testimony of a non-investigating police officer.  We affirm[1] pursuant to Rule 220(b)(2), SCACR, and the following authorities:  State
 v. Williams, 301 S.C. 369, 371, 392
 S.E.2d 181, 182 (1990) (holding the validity of an indictment is not affected
 by the character of evidence considered by the grand jury); State v.
 Williams, 263 S.C. 290, 295-96, 210 S.E.2d 298, 301 (1974) (holding an
 indictment is not subject to dismissal on the basis it was founded upon hearsay
 evidence).  
AFFIRMED.
SHORT,
 THOMAS, and PIEPER, JJ., concur.

[1]  Because oral argument would not aid the court in
 resolving the issues on appeal, we decide this case without oral argument
pursuant to Rule 215, SCACR.